**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 13-20181 CR-LENARD

MAGISTRATE JUDGE
O'SULLIVAN

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

DARRELL THOMPSON and
ROBERT HARRIS,

    Defendants.

_____/

**SEALED INDICTMENT**

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning on or about November 30, 2010 and continuing through on or about December 1, 2010, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**DARRELL THOMPSON and**
**ROBERT HARRIS,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 2

On or about December 1, 2010, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

### DARRELL THOMPSON and
### ROBERT HARRIS,

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

### CRIMINAL FORFEITURE ALLEGATIONS

a.      The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which one or more of the defendants have an interest.

b.      Upon conviction of one or more of the violations alleged in Counts 1 and 2 of this Indictment, the defendants, **DARRELL THOMPSON and ROBERT HARRIS,** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds that the defendants obtained, directly or indirectly, as the result of such violations, and any property used or intended to be used in any manner or part by the defendants to commit or facilitate the commission of any such violation.

2

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

LYNN M. KIRKPATRICK
ASSISTANT UNITED STATES ATTORNEY

3